William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
wearnhart@richmondquinn.com
Attorneys for Defendant
Home Depot USA, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PETER M. JOHNSON and LISA JOHNSON, husband and wife, <br><br>     Plaintiffs, <br><br>   v. <br><br> HOME DEPOT USA, INC. a foreign corporation, and JOHN DOE I and II, individuals, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:08-cv-_____ <br> ) |

**NOTICE OF REMOVAL FROM STATE COURT**

TO:   The United States District Court
     For the District of Alaska

AND TO:  Kenneth A. Norsworthy
     LAW OFFICE OF KENNETH NORSWORTHY
     733 W. Fourth Avenue, Suite 400
     Anchorage, Alaska 99504


   You are hereby notified that, pursuant to 28 U.S.C.

§§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, Home

Depot USA, Inc., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: Peter M. Johnson and Lisa Johnson, husband and wife v. Home Depot USA, Inc., filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-08-11371 Civil. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. See Exhibit A ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiffs are residents of the State of Alaska (Exhibit B – Complaint at ¶1); Defendant is a George corporation whose principle place of business is in Georgia. This removal is being filed twenty (20) days after service of process.

Suit was filed by plaintiffs in Alaska Superior Court, Third Judicial District at Anchorage, on or about October 23, 2008, and thus is claiming in excess of $100,000 based on

**NOTICE OF REMOVAL FROM STATE COURT**
JOHNSON v. HOME DEPOT, ET AL., CASE NO. 3:08-cv-_____
PAGE 2
Case 3:08-cv-00256-TMB   Document 1   Filed 11/18/08   Page 2 of 3

jurisdictional limit of Superior Court, and was served on defendant on October 23, 2008 by U.S. Mail.

Based on the above, this Court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

RICHMOND & QUINN
Attorneys for Defendant

Dated: November 18, 2008 By:  /s/ William A. Earnhart
              RICHMOND & QUINN
              360 "K" Street, Suite 200
              Anchorage, Alaska 99501
              Telephone: (907) 276-5727
              Facsimile: (907)276-2953
              wearnhart@richmondquinn.com
              Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18 2008, a copy of the foregoing was served by mail on the following:

Kenneth A. Norsworthy
LAW OFFICE OF KENNETH NORSWORTHY
733 W. Fourth Avenue, Suite 400
Anchorage, Alaska 99504

  /s/ William A. Earnhart
   RICHMOND & QUINN

2219\009\PLD\REMOVAL (FEDERAL)