IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| PETER M. JOHNSON and LISA JOHNSON, husband and wife,<br><br>    Plaintiffs,<br><br> v.<br><br>HOME DEPOT USA, INC. a foreign corporation, and JOHN DOE I and II, individuals,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3AN-08-11371 CI |

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal from State Court, a copy of which is attached hereto as Exhibit A, effecting removal for all purposes of the above-captioned action, Case No. 3AN-08-11371 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, which was filed by the defendant, Home Depot USA, Inc., on November 18, 2008.

DATED this ___10___ day of November, 2008, Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Defendant
> Home Depot USA, Inc.
>
> By: _____
> William A. Earnhart
> Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this _18th_ day of November, 2008 on:

Kenneth A. Norsworthy
LAW OFFICE OF KENNETH NORSWORTHY
733 W. Fourth Avenue, Suite 400
Anchorage, Alaska 99504

_____
RICHMOND & QUINN

2219\009\PLD\REMOVAL (STATE CT)

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
JOHNSON v. HOME DEPOT USA, INC., Case No. 3AN-08-11371 CI
Page 2

Exhibit A
2 of 2 Pages

Case 3:08-cv-00256-TMB   Document 1-2   Filed 11/18/08   Page 2 of 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953