IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PETER M. JOHNSON, et al., | Case No. 3:08-cv-00256-TMB |
|---|---|
| Plaintiffs, | |
| vs. | |
| HOME DEPOT USA, INC., et al., | **JUDGMENT IN A CIVIL CASE** |
| Defendants. | |

\_\_\_ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court lacks subject matter jurisdiction and this case is remanded to the Superior Court for the State of Alaska, Third Judicial District.

APPROVED:

/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| February 24, 2009 | IDA J. ROMACK |
|---|---|
| Date | Clerk |